**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| SITI MARHAENNY RAHAYUNINGSIH; et al., | No. 09-70011 |
| Petitioners, | Agency Nos. A099-779-854 |
| v. | A099-779-855 |
|  | A099-779-856 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Siti Marhaenny Rahayuningsih and her family, natives and citizens of

Indonesia, petition for review of the Board of Immigration Appeals' order

dismissing their appeal from an immigration judge's decision denying their

application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

for substantial evidence, *Zetino v. Holder*, 622 F.3d 1007, 1012 (9th Cir. 2010), and we deny the petition for review.

Substantial evidence supports the agency's conclusion that petitioners failed to establish past persecution or an objectively reasonable fear of future persecution on account of a protected ground, because they did not demonstrate that the persons who attempted to force Rahayuningsih to return her adopted daughter to the daughter's biological mother were motivated by more than a personal dispute. *See id.* at 1015-16 (9th Cir. 2010) (the Real ID Act requires a protected ground to be "one central reason" for the persecution). Accordingly, petitioners' asylum claim fails.

**PETITION FOR REVIEW DENIED.**